IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GENE CARRILLO,

    Plaintiff,

    v.                                                 CV No. 19-522 CG

ANDREW SAUL,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REVERSE AND/OR REMAND

**THIS MATTER** is before the Court on Plaintiff Gene Carrillo's *Unopposed First Motion for an Extension of Time to File Plaintiff's Motion to Reverse and/or Remand*, (the "Motion") (Doc. 20), filed December 30, 2019. Having reviewed the Motion and being otherwise fully advised, the Court finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Plaintiff shall have until January 30, 2020, to file his Motion to Reverse and/or Remand; Defendant shall have until March 30, 2020, to file a Response, and Plaintiff shall have until April 7, 2020, to file a reply.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE