IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GENE CARILLO,
    Plaintiff,

v.                                                                            CV No. 19-522 CG

ANDREW SAUL,
Commissioner of the Social
Security Administration,
    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Defendant Commissioner's *First Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 23), filed March 27, 2020. In the Motion, Defendant requests a 30-day extension to file a response to Plaintiff's *Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum*, (Doc. 22). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until April 29, 2020, to file a response to Plaintiff's Motion, and Plaintiff shall have until May 13, 2020, to file a reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE