# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GENE CARRILLO,

      Plaintiff,

v.                                                                           CV No. 19-522 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

      Defendant.

## FINAL JUDGMENT

Pursuant to the Court's *Order Granting Defendant's Unopposed Motion to Reverse and Remand*, (Doc. 26), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case under sentence four of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further administrative action.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE