IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GENE CARRILLO,

      Plaintiff,

v.                                                    CV No. 19-522 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

## ORDER GRANTING STIPULATION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on the Plaintiff's *Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act* (the "Stipulated Motion"), (Doc. 28), filed May 12, 2020. The Court, having reviewed the Stipulated Motion under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, finds the Stipulated Motion is well-taken and attorney fees shall be awarded, made payable to Plaintiff but mailed to Plaintiff's attorney in the amount of $3,649.00. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**IT IS THEREFORE ORDERED** that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE